Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
Sonia Singh (SBN 311080)
  ssingh@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Special Counsel for Jeffrey R. Brandlin, Permanent Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for Elevate Investments LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCOVER BANK, a state chartered bank,<br><br>    Defendant. | Case No. 2:23-cv-04408-JVS-DFM<br><br>**ORDER APPROVING STIPULATION REGARDING CONFIDENTIALITY**<br><br>Judge: Hon. James V. Selna |

17118.2:11038911.1

Upon review of the Stipulation Regarding Confidentiality (the "Stipulation") entered and jointly agreed to by Discover Bank and Jeffrey E. Brandlin, Permanent Receiver for Elevate Investments LLC and its subsidiaries and affiliates, by and through their respective counsel of record, and with good cause appearing, IT IS HEREBY ORDERED:

1.  The parties' Stipulation regarding the confidentiality of discovery materials in the present action is approved in its entirety.

**IT IS SO ORDERED.**

DATED:  October 5, 2023

_____
Hon. Douglas F. McCormick
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2023, I electronically filed the foregoing **[PROPOSED] ORDER APPROVING STIPULATION REGARDING CONFIDENTIALITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Byron Z Moldo**
bmoldo@ecjlaw.com,dperez@ecjlaw.com,amatsuoka@ecjlaw.com

**Arjun P Rao**
arjun.rao@morganlewis.com,kathleen.rosello@morganlewis.com

**Sonia Singh**
ssingh@ecjlaw.com,dperez@ecjlaw.com

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail and email on the following non-CM/ECF participants:

Marcos Sasso, Esq.
Morgan Lewis
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Email: marcos.sasso@morganlewis.com

           _/s/ Angela Antonio_
           Angela Antonio